JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA MOTOR CAR DEALERS ASSOCIATION, in its capacity as the plan administrator; MOTOR CAR DEALER SERVICES, INC., in its capacity as the plan administrator,<br><br>Defendants. | CASE NO.  CV 09-06456 JFW (RCx)<br><br>**ORDER DISMISSING**<br><br>**ACTION WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, without prejudice, as to defendant Motor Car Dealer Services Inc.  Each party shall bear its own fees and costs.

DATED:  February 2, 2010

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

-1-

ORDER DISMISSING
ACTION WITHOUT PREJUDICE